AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anita Green | ) | Case No. 3:22MJ5143 |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
9:35 am May 02 2022
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 24, 2022 to April 28, 2022 in the county of Auglaize in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 3 | Accessory After the Fact |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew J. Eilerman, SA FBI
*Printed name and title*

Sworn to telephonically after being submitted by reliable electronic means.

Date: 05/02/2022

*Judge's signature*

City and state: Toledo, Ohio

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*